### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael C. Gaughran
      Debtor

First Guaranty Mortgage Corporation
    v.
Michael C. Gaughran
    and
William C. Miller Esq.
     Trustee

Chapter 13

NO. 14-11233 AMC

### ORDER

AND NOW, this 27th day of October, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow First Guaranty Mortgage Corporation and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1322 Church Road Oreland, PA 19075.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

               Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Michael C. Gaughran
1322 Church Road
Oreland, PA 19075

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532