United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                                 Case No. 14-11233-amc
Michael C. Gaughran                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John                 Page 1 of 1                  Date Rcvd: Oct 27, 2017
                             Form ID: pdf900            Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db            +Michael C. Gaughran,    1322 Church Road,    Oreland, PA 19075-2420
cr            +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr            +Fay Servicing, LLC,    939 W. North Ave., Suite 680,    Chicago, IL 60642-1231
cr            +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr            +First Guaranty Mortgage Corporation,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13352678      +First Guaranty Mortgage Corporation,    c/o Roundpoint Mortgage Servicing Corp,
                5032 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 28 2017 01:27:26     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2017 01:26:52
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 28 2017 01:27:07     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    First Guaranty Mortgage Corporation paeb@fedphe.com
              DAVID M. OFFEN    on behalf of Debtor Michael C. Gaughran dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation As Servicer
               For First Guaranty Mortgage Corporation paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    First Guaranty Mortgage Corporation
               amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael C. Gaughran
                  Debtor

First Guaranty Mortgage Corporation
              v.
Michael C. Gaughran
              and
William C. Miller Esq.
                Trustee

Chapter 13

NO. 14-11233 AMC

## ORDER

AND NOW, this 27th day of October, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow First Guaranty Mortgage Corporation and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1322 Church Road Oreland, PA 19075.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                      Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Michael C. Gaughran
1322 Church Road
Oreland, PA 19075

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532