United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael C. Gaughran  
    Debtor

Case No. 14-11233-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Jun 12, 2018  
Form ID: pdf900    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.

```
db          +Michael C. Gaughran,    1322 Church Road,    Oreland, PA 19075-2420
cr          +Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,    Chicago, IL 60605-5011
cr          +Fay Servicing, LLC,    939 W. North Ave., Suite 680,    Chicago, IL 60642-1231
cr          +First Guaranty Mortgage Corporation,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13284822    +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13247352    +Ars Account Resolution,    1801 Nw 66th Ave Ste 200,    Plantation, FL 33313-4571
13247355    +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
13745500    +Fay Servicing, LLC,    3000 Kellway Dr,    Suite 150,    Carrollton, TX 75006-3357
13352678    +First Guaranty Mortgage Corporation,    c/o Roundpoint Mortgage Servicing Corp,
              5032 Parkway Plaza Blvd, Suite 200,    Charlotte, NC 28217-1934
13247358    +Gecrb/Lumber Liquidato,    540 W Northwest Hwy,    Barrington, IL 60010-3051
13247361    +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13247362    +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
13247363    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:08    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 01:50:43
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2018 01:51:00    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13260152     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2018 01:52:08
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
13247353     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2018 01:51:33    Cap One,
              Po Box 85520,    Richmond, VA 23285
13322337    +E-mail/Text: bankruptcy@cavps.com Jun 13 2018 01:50:59    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13247354    +E-mail/Text: electronicbkydocs@nelnet.net Jun 13 2018 01:50:55    Dept Of Education/Neln,
              121 S 13th St,    Lincoln, NE 68508-1904
13247356    +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 01:51:32    Gecrb/Amazon,    Po Box 965015,
              Orlando, FL 32896-5015
13247357    +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 01:51:32    Gecrb/Lowes,    Po Box 965005,
              Orlando, FL 32896-5005
13247359    +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 01:51:32    Gecrb/Sams Club Dc,
              Po Box 965005,    Orlando, FL 32896-5005
13247360    +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 01:51:32    Gecrb/Tjx Cos,    Po Box 965005,
              Orlando, FL 32896-5005
13354890     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2018 01:51:35
              LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13311387     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 01:51:49
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13283000     E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2018 01:50:35
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13270984     E-mail/Text: appebnmailbox@sprint.com Jun 13 2018 01:50:51    Sprint,    Attn Bankruptcy Dept,
              PO Box 7949,    Overland Park KS 66207-0949
13265019    +E-mail/Text: electronicbkydocs@nelnet.net Jun 13 2018 01:50:55    US Department of Education,
              c/o Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13247364     E-mail/Text: bnc@alltran.com Jun 13 2018 01:50:29    United Recovery Systems,    PO Box 722929,
              Houston, TX 77272-2929
                                                                                              TOTAL: 17
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2            User: PaulP              Page 2 of 2               Date Rcvd: Jun 12, 2018
                                Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor   First Guaranty Mortgage Corporation paeb@fedphe.com
              DAVID M. OFFEN    on behalf of Debtor Michael C. Gaughran dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor   Roundpoint Mortgage Servicing Corporation As Servicer
               For First Guaranty Mortgage Corporation paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor   First Guaranty Mortgage Corporation
               amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor   First Guaranty Mortgage Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael C. Gaughran | Chapter 13 |
| Debtor | Bankruptcy No. 14-11233-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __12th__ day of __June__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
Michael C. Gaughran

1322 Church Road

Oreland, PA 19075